

Shelley A. Kinsella
Direct T 302.824.7089  F 314.621.5070
SKinsella@atllp.com

November 14, 2022

**VIA CM/ECF AND HAND-DELIVERY**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

Re:   *FMC Corporation v. Aceto US, L.L.C.,* C.A. No. 22-cv-00586-GBW

Dear Judge Williams:

Enclosed please find the parties' proposed Scheduling Order in the above-referenced action. The parties agree on all terms of the proposed Scheduling Order.

Sincerely,

Shelley A. Kinsella

SAK:jmc

Enclosure
Cc:   Clerk of Court (via hand-delivery)
      Counsel of Record (via electronic mail)